United States District Court
Louisiana Middle District
Exhibits Log: 23CR00034-SDD-SDJ Det Hrg
USA v. Robinson, 8/1/2023

- 1 -

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-2 | EBRSO 21-021089 - Robinson Controlled Buy-Redacted |
| Gov-5 | Ascension Parish Arrest 252009 -Mitchell Robinson-Redacted |
| Gov-6 | 5962 Denova Leasing with Leasing office Info-Redacted |
| Gov-7 | Pen Packet - Mitchell Robinson-Redacted |
| Gov-8 | DEA Lab Reports |
| Gov-9 | LSP lab report and corresponding exhibits |
| Gov-10 | Photograph 5 |
| Gov-11 | Photograph 8 |
| Gov-12 | Photograph 13 |
| Gov-13 | Photograph 43 |
| Gov-14 | Photograph 44 |
| Gov-15 | Photograph 106 |
| Gov-16 | Photograph 112 |
| Gov-17 | Photograph 123 |
| Gov-18 | Photograph 125 |
| Gov-19 | Photograph 128 |
| Gov-20 | Photograph 139-Redacted |
| Gov-21 | Photograph 140 |
| Gov-22 | Photograph 142 |
| Gov-26 | 562022 getting item from black infinit |
| Gov-27 | 562022 going again to black infinit |
| Gov-28 | 562022 with black Infiniti |
| Gov-29 | Catalog of Seizure Exhibit |
| Gov-31 | GPS records |
| Def-1 | 19th JDC Minutes |
| Def-2 | Letter from Criminal Justice Service |
| Def-3 | Letter from Oliver and Associates Professional Counseling |
| Def-4 | Letter from Cap Area Human Services |
| Def-5 | Letter from Hair Plus Products |