# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 23-34-SDD-SDJ |
| | : | |
| MITCHELL ROBINSON, JR. | : | |

## MOTION TO ENROLL COUNSEL

The United States of America hereby moves this Court to enroll M. Patricia Jones, Assistant United States Attorney, as co-counsel with Jeremy S. Johnson, Assistant United States Attorney, in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling M. Patricia Jones, as co-counsel for the United States in this action.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ Jeremy S. Johnson
Jeremy S. Johnson, TXBN 24094755
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: jeremy.johnson@usdoj.gov

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: patricia.jones4@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| *versus* | :    CRIMINAL NO. 23-34-SDD-SDJ |
| | : |
| MITCHELL ROBINSON, JR. | : |

## **ORDER**

The United States of America's *Motion to Enroll Counsel* considered, and for good cause shown,

IT IS ORDERED that M. Patricia Jones, Assistant United States Attorney, is hereby enrolled as co-counsel with Jeremy S. Johnson, Assistant United States Attorney, for the United States of America.

Baton Rouge, Louisiana this _____ day of October, 2024.

                                                   _____
                                                   HONORABLE CHIEF JUDGE SHELLY D. DICK
                                                   UNITED STATES DISTRICT COURT
                                                   MIDDLE DISTRICT OF LOUISIANA